

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| AHMAD KHEIRE KHATAB, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 922(g)(9) |
| | 18 U.S.C. § 924(a)(2) |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about April 14, 2022, in the Southern District of Ohio, the defendant, **AHMAD KHEIRE KHATAB**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Taurus, G2C, 40 caliber pistol, bearing serial number ABK017917, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## COUNT TWO
### (Possession of a Firearm by a Person Convicted of Misdemeanor Domestic Violence)

2. On or about April 14, 2022, in the Southern District of Ohio, the defendant, **AHMAD KHEIRE KHATAB**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: one Taurus, G2C, 40 caliber pistol,

bearing serial number ABK017917, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any of the offenses alleged in this Indictment, the defendant, **AHMAD KHEIRE KHATAB**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Taurus, G2C, 40 caliber pistol, bearing serial number ABK017917 and
- All associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

2